**EXHIBIT A**

# Manion | Stigger, LLP
A CONSTRUCTION LAW FIRM

20 N.W. First Street, Suite 200
Evansville, Indiana 47708
Office: 812.425.5200
Fax: 812.425.2464
Cell: 812.459.1612
ajmanion@manionstigger.com
www.manionstigger.com

## AJ Manion
Attorney at Law

July 9, 2024

***VIA CERTIFIED AND FIRST-CLASS MAIL***

CPX Newport Commercial Development, LLC
100 E. Rivercenter Blvd., Suite 1100
Covington, KY 41011

CPX Newport Commercial Development, LLC
r/a CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

Corporex Development & Construction Management, LLC
100 E Rivercenter Blvd, Suite 1100
Covington, KY 41011

Corporex Development & Construction Management, LLC
r/a CT Corporation System
306 W Main Street, Suite 512
Frankfort, KY 40601

**Re:    RECORDING OF MECHANICS LIEN**

| | |
|---|---|
| **Lien Claimant:** | Baker Concrete Construction, Inc. |
| **Contractor:** | Corporex Development & Construction Management, LLC |
| **Project:** | Ovation Phase II Parking Garage |
| **Lien Claim:** | **$3,238,863.16** plus accruing finance charges, interest, collection costs and attorney's fees |

Dear Sir or Madam:

Since our Notice of Intent to Record Mechanics Lien of May 17, 2024, Baker has not received payment. The enclosed affidavit for mechanics' lien has been recorded in the amount above. Failure to timely satisfy the lien will result in a foreclosure action against the Project property.

As a reminder, Baker also asserts legitimate claims for extra work, lengthy delays, and disrupted productivity which caused damages exceeding six-million dollars ($6,000,000). These claims are in addition to Baker's invoiced amounts and therefore the lien claim. Absent Corporex Construction's good faith negotiation of Baker's various claims, these claims will be pursued alongside the foreclosure action. Baker reserves all rights and waives none.

Respectfully,
Manion Stigger, LLP

*AJM*

A.J. Manion
Attorneys for Baker Concrete Construction

cc:       (via email)
          Baker
          Steven Coffaro, KMK Law
enclosure: recorded lien

---

Manion Stigger, LLP
Offices in: Evansville, Indiana • Louisville, Kentucky

CAMPBELL COUNTY
**ML11    PG296**

DOCUMENT NO: 5348821
RECORDED: 7/9/2024 11:48:35 AM
VIA ERECORDING
TOTAL FEES: $46.00
COUNTY CLERK: JIM LUERSEN
DEPUTY CLERK: Robin Thoolen
COUNTY: CAMPBELL COUNTY
BOOK: ML11    PAGES: 296-300

## AFFIDAVIT FOR MECHANICS' LIEN
### Kentucky Revised Statutes § 376.080

STATE OF KENTUCKY       )
                        )
COUNTY OF CAMPBELL      )

TO:

CPX Newport Commercial Development, LLC ("**Owner**")
100 E. Rivercenter Boulevard, Suite 1100
Covington, KY, 41011

Corporex Development & Construction Management, LLC ("**Corporex CM**")
100 E. Rivercenter Boulevard, Suite 1100
Covington, KY, 41011

Baker Concrete Construction, Inc., of 900 N. Garver Road Monroe Ohio 45050 ("**Claimant**"), by the affiant identified below upon being duly sworn, says that Claimant furnished material, labor and equipment at and for the real estate located at or around the 9.548 acres of real estate lying between the Newport Earthen Flood Wall Levee and W 3rd Street in the City of Newport, Campbell County, Kentucky and more particularly described in Deed Book 841 Page 271 and on the attached Exhibit "A" (the "**Premises**") in connection with the construction of a multistory parking garage known as the Ovation Phase II Parking Garage (the "**Project**").

Claimant provided the material, labor and equipment as a subcontractor under a written contract (the "**Contract**") with Corporex CM for the direct benefit of the Project, the Premises, and the Owner. Claimant is justly and truly due payment over and above all legal setoffs, the principal invoice sum of $3,238,863.16 in unpaid invoice principal as of July 8, 2024 plus accruing finance charges, interest, collection costs and attorney's fees. Claimant last furnished material, labor, or equipment to the Premises within the last six months. Claimant claims a lien in the unpaid invoice principal sum of $3,238,863.16 plus accruing finance charges, interest, collection costs and attorney's fees against any and all legal interest of Owner in the Premises and all improvements thereon.

A.J. Manion, KY Bar No. 86877
MANION STIGGER, LLP
20 N.W. First Street, Suite 200
Evansville, Indiana 47708

Attorneys for Baker Concrete Construction, Inc., on behalf of Baker Concrete Construction, Inc.

Page 1 of 5

CAMPBELL COUNTY
**ML11     PG297**

Sworn to before me, acknowledged and subscribed in my presence this 8th day of July 2024, by AJ Manion of the law firm Manion Stigger, LLP, Attorneys for Claimant, on behalf of Claimant.



Kimberly K. Henderson, Notary Public #0672631
My Commission Expires: 11.08.2031
My County of Residence: Vanderburgh

THIS INSTRUMENT WAS PREPARED BY AND,
AFTER RECORDING, SHOULD BE RETURNED TO:

A.J. Manion, KY Bar No. 86877
MANION STIGGER, LLP
20 N.W. First Street, Suite 200
Evansville, Indiana 47708
Telephone: (812) 425-5200
Facsimile: (812) 425-2464
Email: ajmanion@manionstigger.com

CAMPBELL COUNTY
## ML11      PG298

### EXHIBIT A – LEGAL DESCRIPTION

9.548 acres of real estate lying between
the Newport Earthen Flood Wall Levee and W 3rd Street
in the City of Newport, Campbell County, Kentucky

**Ovation West**
Indexing Group No. : 30877/B2                                    PIDN: 999-99-36-980.00

Situated in the City of Newport, County of Campbell, in the Commonwealth of Kentucky, being a tract of land located between The Newport Earthen Flood Wall Levee and the Relocated KY State Route 9, being all of Lot No. 1 (West) as shown in Plat Cabinet E, Slide 695B, and recorded in the Campbell County County Clerk's Office in Newport, Kentucky, and being more particularly described as follows:

Beginning at a point in the intersection of the northerly right-of-way of Relocated W. 3rd Street (KY 9), and the westerly original right-of-way line of Central Avenue, being located 51.00 feet left of Relocated KY 9 Station 74+54.15, being a found 5/8" I.P. with cap (found)(Berling);

Thence   continuing with the northerly right-of-way of Relocated W. 3rd Street (KY 9), with a circular curve to the left having a radius of 351.00 feet, and arc length = 513.30 feet, a chord bearing of South 06°42'45" West for a chord distance of 468.77 feet to a point being located 51.00 feet left of Relocated W. 3rd Street (KY 9) Station 70+15.44 being a KYTC DISC (Recovered);

Thence   continuing with said northerly right-of-way, South 29°44'55" East for a distance of 62.50 feet to a point being located 48.00 feet left of Relocated W. 3rd Street (KY 9) Station 69+37.61, also being on the northerly right-of -way of W. 4th Street (demolished), being a KYTC DISC (Recovered);

Thence   continuing with the northerly right-of-way of W. 4th Street (demolished), South 54°42'05" West for a distance of 14.44 feet to a point being located 61.71 feet left of Relocated W. 4th Street (KY 89 Station 69+31.72;

Thence   leaving the northerly right-of-way of W. 4th Street (demolished), and continuing with the new right-of-way of Relocated W. 3rd Street (KY 9), along a circular curve to the right having a radius of 80.00 feet, an arc length of 80.18 feet, a chord bearing of South 2°32'52" East for a chord distance of 76.87 feet to a point in the former southerly right-of-way of W. 4th Street (demolished), being located 63.61 feet left of Relocated W. 3rd Street (KY 9) Station 68+30.46, being referenced at South 54°49'24" West for a distance of 26.64 feet from a KYTC DISC (Recovered) in an existing sidewalk at 43.29 feet left of Relocated W. 3rd Street (KY 9) Station 68+49.55;

Thence   continuing with the said new right-of-way of Relocated W. 3rd Street (KY 9), with a circular curve to the right having a radius of 80.00 feet, an arc length of 80.03 feet, a

          chord bearing of South 54°49'25" West for a chord distance of 76.73 feet to a point being in the former southerly right-of-way of W. 4th Street (demolished), also being in the new easterly Service Road right-of-way, and being located 63.52 feet left of Service Road Station 8+52.77;

Thence continuing with the said new easterly Service Road right-of-way, with a circular curve to the right having a radius of 80.00 feet, an arc length of 79.84 feet, a chord bearing of North 67°55'38" West for a chord distance of 76.57 feet to a point being in the former northerly right-of-way of W. 4th Street (demolished), being located 62.45 feet left of Service Road Station 7+76.25;

Thence continuing with said former northerly right-of-way of W. 4th Street (demolished), South 54°42'05" West for a distance of 107.79 feet to a point being located 29.17 feet right of Service Road Station 7+19.39;

Thence leaving the said right-of-way and continuing with a new division line along the south line of the parking garage, for the following five (5) courses:

North 67°06'45" West for a distance of 1.67 feet to a point;
North 73°06'56" West for a distance of 174.31 feet to a point;
South 02°44'25" West for a distance of 20.42 feet to a point;
North 87°15'35" West for a distance of 59.59 feet to a point;
North 67°00'53" West for a distance of 48.43 feet to a point near a concrete floodwall;
North 67°00'53" West for a distance of 12.38 feet to a point in the original westerly line.

Thence continuing with the said original westerly line, North 23°23'17" East for a distance of 21.83 feet to a point;

Thence leaving the original westerly line and continuing with the new line described in (DB 819 PG 301), being located four (4) feet west and parallel from the east face of a proposed retaining wall, for the following nine (9) courses:

North 2°44'25" East for a distance of 777.35 feet to a point, being referenced at North 10°25'57" West for a distance of 54.60 feet from a 5/8" iron pin with cap (set);
North 15°35'14" East for a distance of 38.47 feet to a point;
North 19°07'17" East for a distance of 38.19 feet to a point;
North 28°25'38" East for a distance of 46.23 feet to a point, being referenced at North 11°26'37" West for a distance of 28.00 feet from a 5/8" iron pin with cap (set);
North 40°11'33" East for a distance of 39.30 feet to a point;
North 47°26'51" East for a distance of 53.95 feet to a point;
North 56°00'59" East for a distance of 19.91 feet to a point;
South 87°15'35" East for a distance of 22.92 feet to a point;
North 52°08'58" East for a distance of 76.89 feet to a point;

CAMPBELL COUNTY
**ML11    PG300**

Thence    continuing South 35°17'52" East for a distance of 5.33 feet to a point in the westerly right-of-way of Central Avenue, being a 5/8" iron pin with cap (set);

Thence    continuing with the re-dedicated right-of-way of Central Avenue (per PB 5-5A) for the following two (2) courses:

South 35°17'52" East for a distance of 387.19 feet to an "X" Notch (set) near the edge of a concrete sidewalk;
South 54°42'08" West for a distance of 5.50 feet to a 1/2" iron pin and cap (found)(PS#2220 Feinauer) at the northwesterly end of the said re-dedicated Central Avenue right-of-way;

Thence    continuing with the said westerly original right-of-way line of Central Avenue, South 35°17'52" East for a distance of 104.50 feet to a point being a 5/8" iron pin and cap (found)(Berling), and being the said POINT OF BEGINNING.

The above described consolidated tract of land contains 9.548 acres (415,920.73 square feet).

The Source of Bearings for this survey are tied to the Kentucky State Plane Coordinates (North Zone), which are consistent with the Relocated KY 9 Right-of-Way Plans. This description was prepared by James L. Elliott, PLS 3613, and is the result of an actual land survey performed by Brandstetter Carroll, Inc in October of 2018, and updated in February of 2021.

Iron pin denoted as (Set) are 24" or 30" long rebar, 5/8" in diameter with yellow plastic cap stamped "ELLIOTT 3613", and were set in February of 2021.

STATE OF KENTUCKY
JAMES L. ELLIOTT
No. 3613
LICENSED PROFESSIONAL LAND SURVEYOR

By: James L. Elliott
Date: March 22, 2022
Professional Land Surveyor
Registration No. 3613
within the State of Kentucky

SAM, LLC
71 Cavalier Blvd., Suite 213
Florence, KY 41042
www.SAM.biz
Phone: (859) 918-5005