**EXHIBIT B**                                                      BOND #CIC1955388

## BOND TO DISCHARGE MECHANIC'S LIEN

KNOW ALL MEN BY THESE PRESENTS that we, <u>Corporex Development & Construction Management LLC</u>, a Kentucky limited liability company, as principal ("Principal"), and <u>CAPITOL INDEMNITY CORPORATION</u>, a corporation organized under the laws of the State of Wisconsin that is authorized to transact business in the Commonwealth of Kentucky, as surety ("Surety"), are held and firmly bound unto Baker Concrete Construction, Inc., an Ohio corporation, as obligee ("Obligee"), in the full and just sum of Six Million, Four Hundred Seventy-Seven Thousand, Seven Hundred Twenty-Six and 32/100 Dollars ($6,477,726.32) lawful money of the United States of America for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Obligee did on the 9th day of July, 2024, file a Mechanic's and Materialmen's Lien Notice claiming a lien on real estate described as:

See Exhibit "A" attached hereto.

in the amount of Three Million, Two Hundred Thirty-Eight Thousand, Eight Hundred Sixty-Three and 16/100 Dollars ($3,238,863.16), being recorded in ML Book 11, Pages 296-300 of the records of the Clerk of Campbell County, Kentucky at Newport, and

WHEREAS, said Principal desires to file the bond to void the said lien in accordance with the provisions of Section KRS 376.100 of the Kentucky Revised Statutes:

NOW THEREFORE, if the said Principal shall pay the said claim of Three Million, Two Hundred Thirty-Eight Thousand, Eight Hundred Sixty-Three and 16/100 Dollars ($3,238,863.16), or shall pay any judgment upon said claim, or shall otherwise settle or resolve said claim, or upon the dismissal with prejudice of or judgment in favor of Principal on said claim, then this obligation shall be void; otherwise it shall remain in full force and effect; provided, however, that the liability of the Surety hereunder shall in no case exceed the penalty of this bond.

SIGNED, SEALED and DATED this  28th  day of  October , 2024.

| | |
|---|---|
| CORPOREX DEVELOPMENT & CONSTRUCTION MANAGEMENT, LLC | CAPITOL INDEMNITY CORPORATION |
| By: *[signature]* E, President COO | By: *[signature]* |
| Name: Brett Blackwell | Name: Liz Talbot |
| Its: President & COO | Its: Attorney-in-Fact |

DOCUMENT NO: 5371042
RECORDED: October 30, 2024 02:48:00 PM
TOTAL FEES: $66.00
COUNTY CLERK: JIM LUERSEN
DEPUTY CLERK: SARAH SCHWEIGERT
COUNTY: CAMPBELL COUNTY
REG BRANCH: NEW DOC BRANCH: NEW
BOOK: MC763 PAGES: 162 - 168

1

COMMONWEALTH OF Kentucky    )
COUNTY OF Kenton    )

Subscribed and sworn to before me by **Brett Blackwell, President + COO** (Title) of Corporex Development & Construction Management LLC, on this **29** day of **October**, 20**24**.

My commission expires: **9-19-27**

*Amanda M Barker*
NOTARY PUBLIC

STATE OF Ohio    )
COUNTY OF Hamilton    )

Subscribed and sworn to before me by **Liz Talbott**, the attorney-in-fact for Capitol Indemnity Corporation, on this **28th** day of **October**, 20**24**.

My commission expires: 08/01/2027

*Kathrine Adele Krekeler*
NOTARY PUBLIC    Kathrine Adele Krekeler

COMMONWEALTH OF KENTUCKY )
:SS:
COUNTY OF CAMPBELL )

  The foregoing Bond to Discharge Mechanic's Lien was approved by me, Jim Luersen, Campbell County Clerk, this 30 day of October, 2024.

             _____
             Campbell County Clerk

This Instrument was prepared by:

Steven C. Coffaro (86202)
Keating Muething & Klekamp PLL
Suite 1400
One East Fourth Street
Cincinnati, Ohio 45202
Tel. (513) 579-6489
Fax. (513) 579-6457
steve.coffaro@kmklaw.com

3

13968823.1

# CAPITOL INDEMNITY CORPORATION
# POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Middleton, Wisconsin, does make, constitute and appoint

---RANDAL NOAH; LIZ TALBOTT; KATIE ROSE: NANCY NEMEC; TAMMY L. MASTERSON; TIFFIANY GOBICH; KELSEY BECKER ----
AUDRIA COLEMAN; KATHRINE KREKELER; MARK NELSON; MEGHAN SCHRAER; TRINITY LUKENS; GLADYS D. ROGERS

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

-------------------------- ALL WRITTEN INSTRUMENTS IN AN AMOUNT NOT TO EXCEED: $20,000,000.00 --------------------------

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **CAPITOL INDEMNITY CORPORATION** at a meeting duly called and held on the 15th day of May, 2002.

"RESOLVED, that the President, Executive Vice President, Vice President, Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more resident vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of this company; the signature of such officers and seal of the Company may be affixed to any such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

In connection with obligations in favor of the Florida Department of Transportation only, it is agreed that the power and authority hereby given to the Attorney-in-Fact includes any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts required by the State of Florida Department of Transportation. It is fully understood that consenting to the State of Florida Department of Transportation making payment of the final estimate to the Contractor and/or its assignee, shall not relieve this surety company of any of its obligations under its bond.

In connection with obligations in favor of the Kentucky Department of Highways only, it is agreed that the power and authority hereby given to the Attorney-in-Fact cannot be modified or revoked unless prior written personal notice of such intent has been given to the Commissioner – Department of Highways of the Commonwealth of Kentucky at least thirty (30) days prior to the modification or revocation.

**IN WITNESS WHEREOF,** the **CAPITOL INDEMNITY CORPORATION** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 1st day of September, 2022.

Attest:

Ryan J. Byrnes
Senior Vice President,
Chief Financial Officer and Treasurer

Todd Burrick
Chief Underwriting Officer

CAPITOL INDEMNITY CORPORATION

Adam L. Sills
Chief Executive Officer and President

STATE OF WISCONSIN } S.S.:
COUNTY OF DANE

On the 1st day of September, 2022 before me personally came Adam L. Sills, to me known, who being by me duly sworn, did depose and say: that he resides in the County of New York, State of New York; that he is Chief Executive Officer and President of **CAPITOL INDEMNITY CORPORATION**, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

David J. Regele
Notary Public, Dane Co., WI
My Commission Is Permanent

STATE OF WISCONSIN } S.S.:
COUNTY OF DANE

I, the undersigned, duly elected to the office stated below, now the incumbent in **CAPITOL INDEMNITY CORPORATION**, a Wisconsin Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Middleton, State of Wisconsin this __28th__ day of __October__, 20__24__.

Suzanne M. Broadbent
Secretary

THIS DOCUMENT HAS BEEN GENERATED FOR A SPECIFIC BOND. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT CALL 800-475-4450.

CIC-POA-M (Rev. 09-2022)

CAMPBELL COUNTY
## ML11    PG298

# EXHIBIT A – LEGAL DESCRIPTION

9.548 acres of real estate lying between
the Newport Earthen Flood Wall Levee and W 3rd Street
in the City of Newport, Campbell County, Kentucky

**Ovation West**
Indexing Group No.: 30877/B2                                    PIDN: 999-99-36-980.00

Situated in the City of Newport, County of Campbell, in the Commonwealth of Kentucky, being a tract of land located between The Newport Earthen Flood Wall Levee and the Relocated KY State Route 9, being all of Lot No. 1 (West) as shown in Plat Cabinet E, Slide 695B, and recorded in the Campbell County County Clerk's Office in Newport, Kentucky, and being more particularly described as follows:

Beginning at a point in the intersection of the northerly right-of-way of Relocated W. 3rd Street (KY 9), and the westerly original right-of-way line of Central Avenue, being located 51.00 feet left of Relocated KY 9 Station 74+54.15, being a found 5/8" I.P. with cap (found)(Berling);

Thence   continuing with the northerly right-of-way of Relocated W. 3rd Street (KY 9), with a circular curve to the left having a radius of 351.00 feet, and arc length = 513.30 feet, a chord bearing of South 06°42'45" West for a chord distance of 468.77 feet to a point being located 51.00 feet left of Relocated W. 3rd Street (KY 9) Station 70+15.44 being a KYTC DISC (Recovered);

Thence   continuing with said northerly right-of-way, South 29°44'55" East for a distance of 62.50 feet to a point being located 48.00 feet left of Relocated W. 3rd Street (KY 9) Station 69+37.61, also being on the northerly right-of-way of W. 4th Street (demolished), being a KYTC DISC (Recovered);

Thence   continuing with the northerly right-of-way of W. 4th Street (demolished), South 54°42'05" West for a distance of 14.44 feet to a point being located 61.71 feet left of Relocated W. 4th Street (KY 89 Station 69+31.72;

Thence   leaving the northerly right-of-way of W. 4th Street (demolished), and continuing with the new right-of-way of Relocated W. 3rd Street (KY 9), along a circular curve to the right having a radius of 80.00 feet, an arc length of 80.18 feet, a chord bearing of South 2°32'52" East for a chord distance of 76.87 feet to a point in the former southerly right-of-way of W. 4th Street (demolished), being located 63.61 feet left of Relocated W. 3rd Street (KY 9) Station 68+30.46, being referenced at South 54°49'24" West for a distance of 26.64 feet from a KYTC DISC (Recovered) in an existing sidewalk at 43.29 feet left of Relocated W. 3rd Street (KY 9) Station 68+49.55;

Thence   continuing with the said new right-of-way of Relocated W. 3rd Street (KY 9), with a circular curve to the right having a radius of 80.00 feet, an arc length of 80.03 feet, a

Page 3 of 5

CAMPBELL COUNTY
# ML11    PG299

          chord bearing of South 54°49'25" West for a chord distance of 76.73 feet to a point being in the former southerly right-of-way of W. 4th Street (demolished), also being in the new easterly Service Road right-of-way, and being located 63.52 feet left of Service Road Station 8+52.77;

Thence    continuing with the said new easterly Service Road right-of-way, with a circular curve to the right having a radius of 80.00 feet, an arc length of 79.84 feet, a chord bearing of North 67°55'38" West for a chord distance of 76.57 feet to a point being in the former northerly right-of-way of W. 4th Street (demolished), being located 62.45 feet left of Service Road Station 7+76.25;

Thence    continuing with said former northerly right-of-way of W. 4th Street (demolished), South 54°42'05" West for a distance of 107.79 feet to a point being located 29.17 feet right of Service Road Station 7+19.39;

Thence    leaving the said right-of-way and continuing with a new division line along the south line of the parking garage, for the following five (5) courses:

North 67°06'45" West for a distance of 1.67 feet to a point;
North 73°06'56" West for a distance of 174.31 feet to a point;
South 02°44'25" West for a distance of 20.42 feet to a point;
North 87°15'35" West for a distance of 59.59 feet to a point;
North 67°00'53" West for a distance of 48.43 feet to a point near a concrete floodwall;
North 67°00'53" West for a distance of 12.38 feet to a point in the original westerly line.

Thence    continuing with the said original westerly line, North 23°23'17" East for a distance of 21.83 feet to a point;

Thence    leaving the original westerly line and continuing with the new line described in (DB 819 PG 301), being located four (4) feet west and parallel from the east face of a proposed retaining wall, for the following nine (9) courses:

North 2°44'25" East for a distance of 777.35 feet to a point, being referenced at North 10°25'57" West for a distance of 54.60 feet from a 5/8" iron pin with cap (set);
North 15°35'14" East for a distance of 38.47 feet to a point;
North 19°07'17" East for a distance of 38.19 feet to a point;
North 28°25'38" East for a distance of 46.23 feet to a point, being referenced at North 11°26'37" West for a distance of 28.00 feet from a 5/8" iron pin with cap (set);
North 40°11'33" East for a distance of 39.30 feet to a point;
North 47°26'51" East for a distance of 53.95 feet to a point;
North 56°00'59" East for a distance of 19.91 feet to a point;
South 87°15'35" East for a distance of 22.92 feet to a point;
North 52°08'58" East for a distance of 76.89 feet to a point;

CAMPBELL COUNTY
## ML11    PG300

Thence    continuing South 35°17'52" East for a distance of 5.33 feet to a point in the westerly right-of-way of Central Avenue, being a 5/8" iron pin with cap (set);

Thence    continuing with the re-dedicated right-of-way of Central Avenue (per PB 5-5A) for the following two (2) courses:

   South 35°17'52" East for a distance of 387.19 feet to an "X" Notch (set) near the edge of a concrete sidewalk;
   South 54°42'08" West for a distance of 5.50 feet to a 1/2" iron pin and cap (found)(PS#2220 Feinauer) at the northwesterly end of the said re-dedicated Central Avenue right-of-way;

Thence    continuing with the said westerly original right-of-way line of Central Avenue, South 35°17'52" East for a distance of 104.50 feet to a point being a 5/8" iron pin and cap (found)(Berling), and being the said POINT OF BEGINNING.

The above described consolidated tract of land contains 9.548 acres (415,920.73 square feet).

The Source of Bearings for this survey are tied to the Kentucky State Plane Coordinates (North Zone), which are consistent with the Relocated KY 9 Right-of-Way Plans. This description was prepared by James L. Elliott, PLS 3613, and is the result of an actual land survey performed by Brandstetter Carroll, Inc in October of 2018, and updated in February of 2021.

Iron pin denoted as (Set) are 24" or 30" long rebar, 5/8" in diameter with yellow plastic cap stamped "ELLIOTT 3613", and were set in February of 2021.

STATE OF KENTUCKY
JAMES L.
ELLIOTT
No. 3613
LICENSED
PROFESSIONAL
LAND SURVEYOR

By: James L. Elliott
Date: March 22, 2022
Professional Land Surveyor
Registration No. 3613
within the State of Kentucky

SAM, LLC
71 Cavalier Blvd., Suite 213
Florence, KY 41042
www.SAM.biz
Phone: (859) 918-5005